### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REBECCA KAIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ECONOMIST NEWSPAPER NA, INC.,<br><br>    Defendant. | Case No. 21-cv-11807-MFL-CI |

## **JOINT STATUS REPORT**

Plaintiff Rebecca Kain and The Economist Newspapers NA, Inc. ("The Economist," together with Plaintiff, the "Parties") submit this Joint Status Report to update the Court on the status of their settlement efforts. On May 19, 2022, the Parties participated in a mediation with The Honorable James F. Holderman (Ret.) of JAMS Chicago, and reached agreement on all material terms of a class action settlement. The Parties intend to formalize their agreement in a full-form class action settlement agreement, and Plaintiff intends to move for preliminary approval of the settlement on or before June 17, 2022.

-2-

| | |
|---|---|
| */s/ Philip L. Fraietta* | */s/ J. Michael Huget (w/ permission)* |
| BURSOR & FISHER, P.A. | HONIGMAN LLP |
| Philip L. Fraietta | J. Michael Huget |
| Joseph I. Marchese | Robert M. Riley |
| 888 Seventh Avenue | Jad Sheikali |
| New York, New York 10019 | 315 E Eisenhower Parkway, Ste 100 |
| (646) 837-7150 | Ann Arbor, MI 48108 |
| pfraietta@bursor.com | (734) 418-4257 |
| jmarchese@bursor.com | mhuget@honigman.com |
| | rriley@honigman.com |
| HEDIN HALL LLP | jsheikali@honigman.com |
| Frank S. Hedin | |
| Arun G. Ravindran | DAVIS WRIGHT TREMAINE LLP |
| 1395 Brickell Ave | Sharon L. Schneier |
| Suite 900 | Nimra H. Azmi |
| Miami, FL 33131 | 1251 Avenue of the Americas, 21st Floor |
| (305) 357-2107 | New York, NY 10020 |
| fhedin@hedinhall.com | (212) 489-8230 |
| aravindran@hedinhall.com | sharonschneier@dwt.com |
| | nimraazmi@dwt.com |
| THE MILLER LAW FIRM, P.C. | |
| E. Powell Miller | *Attorneys for Defendant* |
| Sharon S. Almonrode | |
| 950 W. University Drive, Suite 300 | |
| Rochester, MI 48307 | |
| (248) 841-2200 | |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | |
| | |
| *Attorneys for Plaintiff* | |

Dated: May 19, 2022