UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA KAIN, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.

Case No.: 21-cv-11807
Hon. Matthew F. Leitman

THE ECONOMIST NEWSPAPER NA, INC.,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY TERMINATING PENDING MOTIONS (ECF Nos. 12, 19)

The parties to this action have informed the Court that this case has settled. Accordingly, the Court **ADMINISTRATIVELY TERMINATES** the pending motion to dismiss (ECF No. 12) and notice of supplemental authority (ECF No. 19).

**IT IS SO ORDERED.**

Dated: June 28, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126