UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

REBECCA KAIN, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

THE ECONOMIST NEWSPAPER NA, INC.,

        Defendant.

Case No. 21-cv-11807
Hon. Matthew F. Leitman

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARD**

1. The Court has considered Plaintiff's Unopposed Motion For Attorneys' Fees, Costs, Expenses, And Service Award, as well as the supporting declarations (ECF No. 30), and adjudges that the payment of attorneys' fees, costs, and expenses in the amount of $3,325,000.00 is reasonable in light of the multi-factor test used to evaluate fee awards in the Sixth Circuit. *See Ramey v. Cincinnati Enquirer, Inc.*, 508 F.2d 1188, 1196 (6th Cir. 1974). This award includes Class Counsel's unreimbursed litigation expenses. Such payment shall be made pursuant to and in the manner provided by the terms of the Settlement Agreement.

2. The Court has also considered Plaintiff's Motion and supporting declarations for a service award to the Class Representative, Rebecca Kain. *See* ECF No. 30. The Court adjudges that the payment of a service award in the amount of

$5,000 to Ms. Kain to compensate her for her efforts and commitment on behalf of the Settlement Class is fair, reasonable, and justified under the circumstances of this case. Such payment shall be made pursuant to and in the manner provided by the terms of the Settlement Agreement.

    **IT IS SO ORDERED**.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2023

Approved as to Form:

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff and the Class*

*/s/ Sharon L. Schneier w/consent*
Sharon L. Schneier
Nimra H. Azmi
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Fl
New York, NY 10020-1104
(212) 489-8230
sharonschneier@dwt.com
nimraazmi@dwt.com

J. Michael Huget (P39150)
Robert M. Riley (P72290)
Jad Sheikali (IL Bar 6324641)
**HONIGMAN LLP**
315 E Eisenhower Parkway, Ste 100
Ann Arbor, MI 48108
(734) 418-4254

*Counsel for Defendant*